UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL ARDOIN (#121576)                           CIVIL ACTION

VERSUS

JASON ARD, ET AL.                                   NO.: 13-00796-BAJ-RLB

## RULING AND ORDER

On June 17, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Michael Ardoin's complaint be dismissed without prejudice for failure to prosecute his claims. The Magistrate Judge further recommended that, in accordance with Local Rule 41. 2 of this Court, the Order of Dismissal advise Plaintiff that, upon motion filed within thirty (30) days and upon a showing of good cause, the above-captioned proceeding may be reinstated on the Court's docket. (Doc. 6.) On February 11, 2014, Plaintiff was ordered to pay an initial partial filing fee by March 6, 2014. (Doc. 3.) Plaintiff did not pay the fee. The Magistrate Judge subsequently issued a show cause order on April 22, 2014 to ascertain why the Court should not dismiss Plaintiff's complaint for failure to pay the fee. (Doc. 4.) On April 28, 2014, the Order to Show Cause mailed to Plaintiff was returned to the Court as undeliverable, indicating that Plaintiff was no longer an inmate at the Livingston Parish Detention Center. (Doc. 5.)

Plaintiff has not responded to the show cause order, nor has he apprised the Court of a new mailing address.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 6, at 1.) A review of the record indicates that Plaintiff did not file a memorandum in opposition to the Magistrate Judge's Report and Recommendation. The record further indicates that the Report and Recommendation, which was forwarded to Plaintiff at his address of record, was returned to the Court as undeliverable, with a notation on the envelope that indicates "Return to Sender- Inmate Not Here." (Doc. 7.)

Pursuant to Local Rule 41.2, the failure of a pro se litigant to keep the Court apprised of a change of address may constitute cause for dismissal for failure to prosecute when a notice has been returned to the Court for the reason of an incorrect address, and no correction has been made to the address for a period of thirty days.

Having carefully considered Plaintiff's complaint, the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 6)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHERED ORDERED that the above-captioned matter is **DISMISSED,** without prejudice, for Plaintiff Michael Ardoin's failure to prosecute his claims.

**IT IS FURTHER ORDERED** that, in accordance with Local Rule 41.2, Plaintiff shall have thirty (30) days from this date of this order, and upon showing of good cause, to file a motion seeking to reinstate his claim on the Court's docket.

Baton Rouge, Louisiana, this 11th day of August, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA